In the Matter of the Application of The Public Service Commission for Appointment of Commissioners. (In the Matter of Park Place, William and Clarke Street Route.) In the Matter of the Application of The

Public Service Commission for Appointment of Commissoners. (In the Matter of Whitehall and Montague Street Route.) — Applications granted. Orders to be settled on notice.